**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

UNITED STATES OF AMERICA

 VS             CASE NO. 5:98CR6 LAC

WILLIE JOHNSON

**REFERRAL AND ORDER**

Referred to Judge Lacey Collier on  APRIL 22, 2008
Motion/Pleadings: MOTION FOR REDUCTION OF SENTENCE PURSUANT TO TITLE 18 U.S.C. § 3582(c)(2)
Filed by DEFENDANT PRO SE on 4/18/08 Doc.# 196

RESPONSES:

            on    Doc.#
            on    Doc.#

____ Stipulated ____ Joint Pldg.
____ Unopposed ____ Consented

          WILLIAM M. McCOOL, CLERK OF COURT

          *s/Mary Maloy*
LC (1 OR 2)        Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 18th day of June, 2008, that:*

*(a) The relief requested is **DENIED**. MOOT.*

*(b) Sentence has been reduced. See Doc. 195.*

            s/*L.A. Collier*
            *LACEY A. COLLIER*
         *Senior United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

         Document No.